UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ESTATE OF BEVERLY ANN BROWN, | Civil No. 3:19-CV-01351-MC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

Based on the parties' stipulation, the Court remands this case to the Commissioner of

Social Security under sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will

issue a favorable decision finding that the claimant was disabled during the period at issue,

which is twelve months prior to the claimant's January 19, 2011 application date through the

current January 12, 2012 established onset date found by the Administrative Law Judge.

IT IS SO ORDERED this 16th day of December, 2021.


__s/Michael J. McShane_____
UNITED STATES DISTRICT JUDGE

Submitted by:

SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney

RENATA GOWIE, OSB #175273
Civil Division Chief

s/ Joseph J. Langkamer_____
JOSEPH J. LANGKAMER
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2212